CINCINNATI BAR ASSOCIATION *v.* MITTENDORF.

[Cite as Cincinnati Bar Assn. *v.* Mittendorf (1990), 49 Ohio St. 3d 10.]

(No. 89-1557—Submitted November 15, 1989—Decided February 7, 1990.)

*Barbara K. Barden, David T. Croall* and *Edwin W. Patterson III,* for relator.

*R. Scott Croswell III* and *Gregory L. Adams,* for respondent.

*Per Curiam.* We concur in the findings of misconduct and in the recommendation of the board. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.